IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-119-FL

| | |
|---|---|
| ANDRE LEVI PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on plaintiff's Motion for Summary Judgment and defendant's Motion for Remand under sentence six of 42 U.S.C. § 405(g) to the Commissioner to properly consider new evidence. Plaintiff's counsel consented to the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby remands this case under sentence six of 42 U.S.C. § 405(g).

SO ORDERED this  22nd  day of   October   , 2018.

_____
Judge Louise W. Flanagan
United States District Judge