UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ANDRE LEVI PARKER )
   Plaintiff, )
    )
v. ) **JUDGMENT**
    )
    ) No. 7:18-CV-119-FL
    )
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
   Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on October 22, 2018, that Defendant's Motion for Remand to the Commissioner is granted, and the Court remands this case decision under sentence six of 42 U.S.C. § 405(g) and remands the case to Defendant to properly consider new evidence.

**This Judgment Filed and Entered on October 22, 2018, and Copies To:**

James B. Gillespie, Jr. (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

October 22, 2018         PETER A. MOORE, JR., CLERK
                  /s/ Sandra K. Collins
                  (By) Sandra K. Collins, Deputy Clerk