IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No.: 7:18-cv-00119-FL

| | | |
|---|---|---|
| ANDRE PARKER | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 7:18-CV-00119-FL |
| ANDREW SAUL | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Plaintiff's Motion for Entry of Order and Judgment

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on ___6/5/20___ that Plaintiff's Motion for Ordering following Remand to the Commissioner is hereby granted and Judgment is entered for the Plaintiff.

**This Judgment Filed and Entered on** ___6/5/20___ **and Copies To:**

James B. Gillespie, Jr. (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Sandra K. Collins
_____

Sandra K. Collins, Deputy Clerk